IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02842-WYD-CBS

TRUSTEES OF THE SPRINGS TRANSIT COMPANY EMPLOYEE'S RETIREMENT AND DISABILITY PLAN,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a Colorado municipal corporation and home rule city;
FIRSTGROUP AMERICA, INC., a Delaware corporation; and
FIRST TRANSIT, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to File Surreply (doc. # 58), filed May 7, 2010, is **GRANTED**. Plaintiff may electronically file the Surreply attached to the motion.

    Dated: May 17, 2010.